# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
### MACON DIVISION

UNITED STATES OF AMERICA

vs.

**CURTIS MOSES,**

Defendant

**JUDGMENT IN A CRIMINAL CASE**

NO. 5: 07-MJ-03-04 (CWH)

| | |
|---|---|
| \*\*\*-\*\*-5304 | Thomas Baynham, III |
| Defendant's Social Security No. | Attorney for Defendant |
| 1948 | July 2, 2007 |
| Defendant's Date of Birth | Date of Imposition of Sentence |
| Morrow, Georgia | Morrow, Georgia |
| Defendant's Mailing Address | Defendant's Residence Address |

The above-named defendant having entered a **PLEA OF GUILTY** in this proceeding to the offense of **VIOLATION OF THE GEORGIA OPEN CONTAINER LAW**, U.S.C. §§ 7 and 13 i/c/w O.C.G.A. §40-6-253, as charged in a two-count INFORMATION, and said plea having been accepted by the court after inquiry as to the factual basis therefor, the defendant is hereby CONVICTED of said offense and SENTENCED as follows:

**IT IS THE JUDGMENT OF THE COURT THAT:**

(1)  the defendant shall immediately pay the mandatory assessment fee of **$10.00** required by law; and,

(2)  he shall immediately pay a **FINE** in the amount of **$200.00**.

In addition, Count 1 of the Information is DISMISSED at the request of the government.

IT IS ORDERED that the clerk of court shall deliver a certified copy of this judgment to the United States Marshal of this district.

SO ORDERED AND DIRECTED, this 2nd day of JULY, 2007.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE